UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANENNA WILLIAMS-MCGOLSTER,<br><br>         Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 18-cv-1661-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

  On July 20, 2018, Plaintiff Shanenna Williams-McGolster initiated this action by filing a Complaint (ECF No. 1) and a Motion to Proceed *in Forma Pauperis* (ECF No. 2).

  All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); CivLR 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

  The affidavit filed by Williams-McGolster states "I am unable to pay the costs of these proceedings." (ECF No. 2 at 1). According to the affidavit, Williams-McGolster has no income, no checking account, and a savings account with a $0 balance. *Id*. at 1–2.

1  Williams-McGolster's Motion to Proceed *in Forma Pauperis* (ECF No. 2) is
2  GRANTED.  All matters arising in this Social Security case are REFERRED to the
3  Honorable Mitchell D. Dembin, United States Magistrate Judge, pursuant to 28 U.S.C. §
4  636(a) and Local Civil Rule 72.1.

Dated: August 6, 2018

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court